IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES ENVIRONMENTAL
SERVICES, LLC                                                                                    PLAINTIFF

v.                                       No. 2:17-CV-02076

SEBASTIAN COUNTY, ARKANSAS;
JEFF TURNER, in his official capacity;
And DAVID HUDSON, in his official capacity                                      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' joint motion to dismiss. (Doc. 15).

It appearing that the parties are in agreement, IT IS THEREFORE ORDERED that the parties' joint motion is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE, each party bearing its own fees and costs.

IT IS SO ORDERED this 23rd day of August, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE